# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| ALICIA BRADY, JON BRADY, | ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 3:19-cv-00698-GCM |
| vs. | ) ) | |
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, et al, | ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 31, 2021 Order.

April 2, 2021

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court